**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| SAMUEL HILDENBRAND, On Behalf of Himself and All Others Similarly Situated,<br><br>   **Plaintiffs**<br><br>       **v.**<br><br>W HOLDING, INC., *et al.*,<br><br>   **Defendants.** | **CIVIL NO.**  07-1886 (JAG) |
| E. ADAM WEBB, On Behalf of Himself and All Others Similarly Situated,<br><br>   **Plaintiffs**<br><br>       **v.**<br><br>W HOLDING, INC., *et al.*,<br><br>   **Defendants.** | **CIVIL NO.**  07-1915 (JAG) |
| JOSEFINA SAAVEDRA, *et al.*,<br><br>   **Plaintiffs**<br><br>       **v.**<br><br>W HOLDING, INC., *et al.*,<br><br>   **Defendants.** | **CIVIL NO.**  07-1931 (JAG) |

**JUDGMENT**

**CIVIL NOS.** 07-1886 (JAG)
              07-1915 (JAG)
              07-1931 (JAG)

Lead Plaintiff having moved for Final Approval of Settlement and Plan of Distribution of Settlement Proceeds; Lead Counsel having moved for an Award of Attorneys' Fees and Expenses, and the matter having come before the Honorable Jay A. Garcia-Gregory, United States District Judge, and the Court, on even date, issued its Order Approving Settlement and Order of Dismissal with Prejudice, its Order Approving Plan of Distribution of Settlement Proceeds, and granting Lead Counsel's motion for an Award of Attorneys' Fees and Expenses, and directing the Clerk of the Court to close this motion, this case, and all related cases, it is

**ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order Approving Settlement and Order of Dismissal with Prejudice, Lead Plaintiff's motions for Final Approval of Settlement and Plan of Distribution of Settlement Proceeds are granted; and Lead Counsel's motion for an Award of Attorneys' Fees and Expenses is granted; accordingly, this case, and all related cases are closed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 10th day of June, 2013.

                                            <u>s/ Jay A. Garcia-Gregory</u>
                                              JAY A. GARCIA-GREGORY
                                          United States District Judge